UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NORMAN HOEWISCHER,

  Plaintiff,

v.             CASE NO. 3:11-cv-487-J-34JBT

S&K MUFFLER, INC. and JAMES M.
CHRISTENSEN,

  Defendants.
_____/

## **REPORT AND RECOMMENDATION**[1]

**THIS CAUSE** is before the Court *sua sponte*.

On September 19, 2011, the Court entered an Order denying without prejudice Plaintiff's Motion for Entry of Judgment after Default against S&K Muffler, Inc. ("S&K") and James M. Christensen ("Christensen") (Doc. 13). (*See* Doc. 14.) In that Order, the Court stated:

> As far as the record shows, Plaintiff has not served process on Christensen. . . . Because it appears that the 120-day period for serving process on Christensen under Rule 4(m) of the Federal Rules of Civil Procedure has run, if Plaintiff wishes to seek an extension of that period, he must file an appropriate motion on or before October 3, 2011. If no such motion is filed by that date, the undersigned will recommend that the action be dismissed without prejudice as to

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations. A party may respond to another party's objections within 14 days after being served with a copy." Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1); M.D. Fla. R. 6.02(a). "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).

Christensen pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

(Doc. 14 at 1-2.)

To date, Plaintiff has not filed a motion pursuant to the Court's September 19, 2011 Order. Moreover, Plaintiff has not otherwise shown that Christensen has been properly served with process. Therefore, in accordance with this Court's September 19, 2011 Order, the undersigned will recommend that this action be dismissed without prejudice as to Christensen pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Accordingly, it is respectfully **RECOMMENDED** that:

This action be **DISMISSED without prejudice** as to Defendant Christensen pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**DONE AND ENTERED** at Jacksonville, Florida, on October 24, 2011.

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

The Honorable Marcia Morales Howard
United States District Judge

Counsel of Record

Any Unrepresented Party